B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Western District of New York

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Crawford Furniture Mfg. Corp.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**16-0337260** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1021 Allen Street**<br>**Jamestown, NY**<br>ZIP Code **14701** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Chautauqua** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 668**<br>**Jamestown, NY**<br>ZIP Code **14702** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Crawford Furniture Mfg. Corp.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **Crawford Furniture Retail Outlet, Inc.** | Case Number: | Date Filed: **8/25/11** |
| District: **Western District of New York** | Relationship: **Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Crawford Furniture Mfg. Corp.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Camille W. Hill (NDNY**
Signature of Attorney for Debtor(s)

**Camille W. Hill (NDNY 501876)**
Printed Name of Attorney for Debtor(s)

**Bond, Schoeneck & King, PLLC**
Firm Name

**One Lincoln Center**
**Syracuse, NY 13202**

Address

**Email: chill@bsk.com**
**(315) 218-8000  Fax: (315) 218-8100**
Telephone Number

**August 25, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michael R. Cappa**
Signature of Authorized Individual

**Michael R. Cappa**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

**August 25, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of New York

In re  Crawford Furniture Mfg. Corp.  
Debtor(s)

Case No.  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AIM National Lease<br>1500 Trunbull Road<br>Girard, OH 44420 | AIM National Lease<br>1500 Trunbull Road<br>Girard, OH 44420 | | | 4,652.63 |
| Alex Sabella<br>Box 106<br>Tidioute, PA 16351 | Alex Sabella<br>Box 106<br>Tidioute, PA 16351 | Trade debt | | 8,032.18 |
| Clark Supply Co.<br>2044 Allen Street<br>Falconer, NY 14733 | Clark Supply Co.<br>2044 Allen Street<br>Falconer, NY 14733 | Trade debt | | 6,802.05 |
| Donald Shirey Inc.<br>300 Wood Street<br>New Bethlehem, PA 16242 | Donald Shirey Inc.<br>300 Wood Street<br>New Bethlehem, PA 16242 | Trade debt | | 7,531.23 |
| Falcon Chair & Table, Inc.<br>P.O. Box 73<br>Falconer, NY 14733 | Falcon Chair & Table, Inc.<br>P.O. Box 73<br>Falconer, NY 14733 | Trade debt | | 7,645.00 |
| Fancher Chair Co.<br>P.O. Box 8<br>South Work Street<br>Falconer, NY 14733 | Fancher Chair Co.<br>P.O. Box 8<br>South Work Street<br>Falconer, NY 14733 | Trade debt | | 15,848.00 |
| Fulterer USA, Inc.<br>542 Townsend Avenue<br>High Point, NC 27263 | Fulterer USA, Inc.<br>542 Townsend Avenue<br>High Point, NC 27263 | Trade debt | | 6,570.00 |
| Harrington Industrial Laundry<br>3854 W. 20th Street<br>Erie, PA 16505 | Harrington Industrial Laundry<br>3854 W. 20th Street<br>Erie, PA 16505 | Trade debt | | 4,417.50 |
| Jamestown Container<br>P.O. Box 8<br>Jamestown, NY 14702 | Jamestown Container<br>P.O. Box 8<br>Jamestown, NY 14702 | Trade debt | | 42,856.34 |
| Lemac Packaging<br>2121 McKinley Avenue<br>P.O. Box 10788<br>Erie, PA 16514-0788 | Lemac Packaging<br>2121 McKinley Avenue<br>P.O. Box 10788<br>Erie, PA 16514-0788 | Trade debt | | 6,375.55 |
| Mason Carvings, Inc.<br>101 Water Street<br>P.O. Box 637<br>Jamestown, NY 14701-0637 | Mason Carvings, Inc.<br>101 Water Street<br>P.O. Box 637<br>Jamestown, NY 14701-0637 | Trade debt | | 4,520.25 |

In re  Crawford Furniture Mfg. Corp.    Case No.  
   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mi-Lin Wood Products<br>Box 269<br>Paoli, IN 47454 | Mi-Lin Wood Products<br>Box 269<br>Paoli, IN 47454 | Trade debt | | 5,946.30 |
| Niagara Business Trust<br>P.O. Box 1248<br>Buffalo, NY 14231 | Niagara Business Trust<br>P.O. Box 1248<br>Buffalo, NY 14231 | Trade debt | | 13,518.19 |
| Roragabugh Lumber Co.<br>57 Byers Road<br>Burnside, PA 15721 | Roragabugh Lumber Co.<br>57 Byers Road<br>Burnside, PA 15721 | Trade debt | | 15,529.63 |
| Sheridan Center, LLC<br>2424 Niagara Falls Boulevard<br>Niagara Falls, NY 14304 | Sheridan Center, LLC<br>2424 Niagara Falls Boulevard<br>Niagara Falls, NY 14304 | Arrears under lease | | 98,175.00 |
| The Randall Benderson 1993-1 Trust<br>8441 Cooper Creek Boulevard<br>University Park, FL 34201 | The Randall Benderson 1993-1 Trust<br>8441 Cooper Creek Boulevard<br>University Park, FL 34201 | Arrears under lease | | 161,168.13 |
| Thurway Hardwoods & Plywood Corp.<br>47 Anderson Road<br>Cheektowaga, NY 14225 | Thurway Hardwoods & Plywood Corp.<br>47 Anderson Road<br>Cheektowaga, NY 14225 | Trade debt | | 9,798.50 |
| Transitown Plaza Associates LLC<br>4221 Transit Road<br>Williamsville, NY 14221 | Transitown Plaza Associates LLC<br>4221 Transit Road<br>Williamsville, NY 14221 | Arrears under lease | | 60,654.17 |
| United Furniture Workers<br>1910 Air Line Drive<br>P.O. Box 100037<br>Nashville, TN 37224 | United Furniture Workers<br>1910 Air Line Drive<br>P.O. Box 100037<br>Nashville, TN 37224 | | | 144,298.00 |
| Worker's Compensation Board<br>WCB Assessment Collections<br>Finance Office, Room 301<br>20 Park Street<br>Albany, NY 12207 | Worker's Compensation Board<br>WCB Assessment Collections<br>Finance Office, Room 301<br>Albany, NY 12207 | Trade debt | | 20,887.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 25, 2011    Signature  /s/ Michael R. Cappa  
       Michael R. Cappa  
       President and CEO

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

AFL-CIO Local 81045
CWA-Dues
P.O. Box 79176
Baltimore, MD 21279-0176


AIM National Lease
1500 Trunbull Road
Girard, OH 44420


Albert J. Mogavero, Trustee
The Dun Building
110 Pearl Street, 6th Floor
Buffalo, NY 14202


Alex Sabella
Box 106
Tidioute, PA 16351


Cattaraugus County
Support Collection Unit
P.O. Box 15304
Albany, NY 12212-5304


Cattaraugus County SCU
1701 Lincoln Avenue
Suite 1811
Olean, NY 14760-1161


Chautauqua County DPW
Division of Solid Waste
3889 Towerville Road
Jamestown, NY 14701


Child Support Network
212 E. Osborn Road
Suite 210
Phoenix, AZ 85012


City of Jamestown - Treasurer
P.O. Box 150
Jamestown, NY 14702-0150


Clark Supply Co.
2044 Allen Street
Falconer, NY 14733

Comfort Pest Control
1007 Brigham Road
Dunkirk, NY 14048


Continental Brass Co.
P.O. Box 30839
Portland, OR 97294


Crawford Furniture Retail Outlet, Inc.
1201 Allen Street
Jamestown, NY 14702


Danielson Oil Company
258 Crescent Street
Jamestown, NY 14701


Dave Maga
279 Cheltonwood Crescent
Waterloo, Ontario
CANADA
L2C 1X5


Donald Shirey Inc.
300 Wood Street
New Bethlehem, PA 16242


E.C. Barton & Company
P.O. Box 16360
Jonesboro, AR 72403-6705


Falcon Chair & Table, Inc.
P.O. Box 73
Falconer, NY 14733


Fancher Chair Co.
P.O. Box 8
South Work Street
Falconer, NY 14733


Filegar Cutting Technologies
264 Cresent Street
Jamestown, NY 14701

Case 1-11-12945-CLB    Doc 1    Filed 08/25/11    Entered 08/25/11 15:53:51    Desc Main
Document      Page 7 of 14

Fitzpatrick & Weller, Inc.
Dept. #832
P.O. Box 8000
Buffalo, NY 14267-8000


Fulterer USA, Inc.
542 Townsend Avenue
High Point, NC 27263


Furniture Transport, Inc.
P.O. Box 2960
Pomona, CA 91769-2960


Furniture Transportation Systems
P.O. Box 2960
Pomona, CA 91768-2960


Furniture World Magazine
PBM437
1333A North Avenue
New Rochelle, NY 10804


Furnlite, Inc.
P.O. Box 159
4203 Fallston Road
Fallston, NC 28042


Gardner Glass Products, Inc.
5611 Reliable Parkway
Chicago, IL 60686-0056


Garratt-Callaham Co.
50 Ingold Road
Burlingame, CA 94010


Harrington Industrial Laundry
3854 W. 20th Street
Erie, PA 16505


Hartman Company
P.O. Box 618
Mayview Road
Lawrence, PA 15055

Hukill Chemical Corp.
Dept. 9250
P.O. Box 30516
Lansing, MI 48909-8016


IBM Corporation - JC8
P.O. Box 643600
Pittsburgh, PA 15264-3600


IBM Credit LLC
1 North Castle Drive
Armonk, NY 10504


IUE/FW AFL-CIO Local #81045
P.O. Box 79176
Baltimore, MD 21279-0176


Jamestown City Treasurer
P.O. Box 700
Jamestown, NY 14702-0700


Jamestown Container
P.O. Box 8
Jamestown, NY 14702


Jamestown Electric Supply
P.O. Box 549
Jamestown, NY 14701


Jamestown Iron Works
2022 Allen Street Extension
Falconer, NY 14733


Jamestown Soap & Solvent
P.O. Box 453
Celoron, NY 14720


Kaman Industrial Tech.
P.O. Box 74566
Chicago, IL 60696-4566


Kenneth Crosby Western NY, LLC
P.O. Box 30916
New York, NY 10087-0916

```
La-Z-Boy Incorporated
4310 Regency Drive
Suite 101
High Point, NC 27265


Lab Safety Supply Inc.
Dept. #00005221783
P.O. Box 5004
Janesville, WI 53547-5004


Leaf
P.O. Box 644006
Cincinnati, OH 45264-4006


Lemac Packaging
2121 McKinley Avenue
P.O. Box 10788
Erie, PA 16514-0788


Lincoln Financial Group
P.O. Box 7247-0347
Philadelphia, PA 19170-0347


Manufacturers and Traders Trust Company
One M&T Plaza
Buffalo, NY 14240


Mason Carvings, Inc.
101 Water Street
P.O. Box 637
Jamestown, NY 14701-0637


McMaster Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690


Mi-Lin Wood Products
Box 269
Paoli, IN 47454


Mohawk Division
RPM Wood Finishes Group
P.O. Box 535414
Atlanta, GA 30353-5414
```

Moulder Services
P.O. Box 479
602 S. Eastway Drive
Troutman, NC 28166


National Fuel Gas
P.O. Box 4103
Buffalo, NY 14264


National Fuel Resources
P.O. Box 5161
Buffalo, NY 14240-5161


Niagara Business Trust
P.O. Box 1248
Buffalo, NY 14231


NMHG Financial Services, Inc.
44 Old Ridgebury Road
Danbury, CT 06810


NMHG Financial Services, Inc.
P.O. Box 35701
Billings, MT 59107-5701


Noco Energy Corp.
P.O. Box 1026
Buffalo, NY 14240-1026


Pioneer Adhesive Products of
American Corp.
227 Thorn Avenue
Orchard Park, NY 14127


Roragabugh Lumber Co.
57 Byers Road
Burnside, PA 15721


Sanitary Wiping Cloth Co.
313 Steele Street
P.O. Box 1078
Jamestown, NY 14702-1078

Sheridan Center, LLC
2424 Niagara Falls Boulevard
Niagara Falls, NY 14304


Superior Payment Plan, LLC
P.O. Box 65
Bowmansville, NY 14026-0065


Superior Wood Turnings
P.O. Box 3341
Jamestown, NY 14701-3341


The October Company
P.O. Box 71
Easthampton, MA 01027


The Randall Benderson 1993-1 Trust
8441 Cooper Creek Boulevard
University Park, FL 34201


Thurway Hardwoods & Plywood Corp.
47 Anderson Road
Cheektowaga, NY 14225


Time Warner Cable
P.O. Box 4222
Buffalo, NY 14240-4222


Transitown Plaza Associates LLC
4221 Transit Road
Williamsville, NY 14221


Transitown Plaza Associates, LLC
4221 Transit Road
Buffalo, NY 14221


Uneeda Enterprizes, Inc.
640 Chestnut Ridge Road
P.O. Box 209
Spring Valley, NY 10977


United Furniture Workers
1910 Air Line Drive
P.O. Box 100037
Nashville, TN 37224

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


Watkins & Shepard Truck
P.O. Box 5328
Missoula, MT 59806-5328


Wells Fargo Financial National Bank
P.O. Box 9198
Des Moines, IA 50306


Woodlawn Auto Workers
Federal Credit Union
351 E. Fairmount Avenue
Lakewood, NY 14750


Worker's Compensation Board
WCB Assessment Collections
Finance Office, Room 301
20 Park Street
Albany, NY 12207


Wright, Wright & Hampton
525 Fairmount Avenue
P.O. Box 1198
Jamestown, NY 14702-1198

**FORM G**
**United States Bankruptcy Court**
**Western District of New York**

In re  Crawford Furniture Mfg. Corp.  
                               Debtor(s)

Case No. _____  
Chapter 11

## DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS

### PART I - DECLARATION OF PETITIONER

    I (WE) __Michael R. Cappa__ and _____, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information provided in the electronically filed petition, statements, and schedules is true and correct and that I signed these documents prior to electronic filing. I consent to my attorney sending my petition, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be executed at the First Meeting of Creditors and filed with the Trustee. I understand that failure to file the signed original of this DECLARATION may cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice. I (we) further declare under penalty of perjury that I (we) signed the original Statement of Social Security Number(s), (Official Form B21) prior to the electronic filing of the petition and have verified the 9-digit social security number displayed on the Notice of Meeting of Creditors to be accurate.

    ☐    If petitioner is an individual whose debts are primarily consumer debts and who has chosen to file under a chapter: I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each chapter, and choose to proceed under this chapter. I request relief in accordance with the chapter specified in this petition. I (WE) ____ and ____, the undersigned debtor(s), ***hereby declare under penalty of perjury*** that the information provided in the electronically filed petition, statements, and schedules is true and correct.

    ☒    If petitioner is a corporation or partnership: I declare under penalty of perjury that the information provided in the electronically filed petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

    ☐    If petitioner files an application to pay filing fees in installments: I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated: August 25, 2011

Signed: /s/ Michael R. Cappa  
Michael R. Cappa  
(Applicant)

(Joint Applicant)

### PART II - DECLARATION OF ATTORNEY

    I ***declare under penalty of perjury*** that the debtor(s) signed the petition, schedules, statements, etc., including the Statement of Social Security Number(s), Official Form B21, before I electronically transmitted the petition, schedules, and statements to the United States Bankruptcy Court, and have followed all other requirements in Administrative Orders and Administrative Procedures, including submission of the electronic entry of the debtor(s) Social Security number into the Court's electronic records. If an individual, I further declare that I have informed the petitioner (if an individual) that [he or she] may qualify to proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each chapter. This declaration is based on the information of which I have knowledge.

Dated: August 25, 2011

/s/ Camille W. Hill  
Camille W. Hill (NDNY 501876)  
Attorney for Debtor(s)

Address of Attorney  
One Lincoln Center  
Syracuse, NY 13202  
(315) 218-8000 Fax:(315) 218-8100  
chill@bsk.com